Richard Y. Chen, CA Bar No. 225392
richard.chen@ogletreedeakins.com
Kelley A. Bolar, CA Bar No. 275646
kelley.bolar@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7900
Facsimile:    714.754.1298

JS-6

Attorneys for Defendant Safety-Kleen Systems, Inc.

Ricardo Y. Merluza
Bermeo & Merluza, LLP
3435 Wilshire Blvd., 27th Floor
Los Angeles, CA 90010
Tel: 213-380-9888
Fax: 213-380-5397
Email: ricardo@bermeomerluza.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA VICK, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAFETY-KLEEN SYSTEMS, INC., and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. CV14-05755 PA (JCx)<br>Hon. Percy Anderson<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Removal Filed: July 24, 2014<br>Trial Date:       November 17, 2015 |

150624 Order on Joint Motion for

1  Pursuant to the Joint Motion for Dismissal With Prejudice filed by Plaintiff
2  Joshua Vick and Defendant Safety-Kleen Systems, Inc., this case is hereby dismissed
3  with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41.  Each
4  party shall bear their own costs.

6  DATED: June 24, 2015           BY:_____
7                                      PERCY ANDERSON
                                       UNITED STATES DISTRICT
8    JS-6                              COURT JUDGE

21402022.1